IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMEL D. CURTIS,

    Petitioner,

vs.                         Civil Action 2:08-CV-391
                             Judge Sargus
                             Magistrate Judge King

TIMOTHY BRUNSMAN, Warden,

    Respondent.

### ORDER

On June 4, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that petitioner's motion for summary judgment be denied and that this action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The petitioner's motion for summary judgment is **DENIED**. This action is hereby **DISMISSED**.

7-14-2009
Date

Edmund A. Sargus, Jr.
United States District Judge