AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JAMEL D. CURTIS,

        PETITIONER,

                              **JUDGMENT IN A CIVIL CASE**

vs.

                              **CASE NO.  C2-08-391**

**TIMOTHY BRUNSMAN, WARDEN,**      **JUDGE EDMUND A. SARGUS, JR.**
                                                      **MAGISTRATE JUDGE NORAH MCCANN KING**

        **RESPONDENT.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed July 14, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: July 14, 2009                                            JAMES BONINI, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                          (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk